THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN TRUST COMPANY, as Committee of the Estate of CHARLES M. PRATT, Respondent, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission, Appellants.

(Argued June 5, 1929; decided July 11, 1929.)

*Hamilton Ward, Attorney-General (Henry S. Manley* of counsel), for appellants.

*Francis L. Durk* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CRANE, J.